IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MOODY,** | : |
| **Plaintiff,** | : CIVIL ACTION<br>: No. 18-2413 |
| v. | : |
| **CITY OF PHILA.,** | : |
| **Defendant.** | : |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Michael R. Miller as counsel for the Defendant, the City of Philadelphia, in the above entitled matter.

Date: May 29, 2019

/s/ Michael R. Miller
Michael R. Miller

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly withdraw the appearance of Andrew Pomager as counsel for the Defendant, the City of Philadelphia, in the above entitled matter.

Date: May 29, 2019

/s/ Andrew Pomager
Andrew Pomager

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MOODY,** | : | |
| Plaintiff, | : | |
| | : | **Civil Action** |
| v. | : | **No. 18-2413** |
| | : | |
| **CITY OF PHILA.,** | : | |
| Defendant. | : | |

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Entry and Withdrawal of Appearance was filed via the Court's electronic filing system and is available for downloading. I also certify that the Entry and Withdrawal of Appearance has been served upon the Plaintiff by certified mail, postage prepaid, as follows:

James Moody
612 E. Vernon Road
Philadelphia, PA 19119

/s/ Michael R. Miller
Michael R. Miller
Deputy City Solicitor
Attorney Identification No. 315759
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5433
(215) 683-5397 (fax)
michael.r.miller@phila.gov

Dated: May 29, 2019