IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES W. MOODY,

    Plaintiff,

v.

THE CITY OF PHILADELPHIA, et al.,

    Defendants.

CIVIL ACTION
NO. 18-2413

## ORDER

**AND NOW**, this 10th day of July 2019, upon consideration of Defendants' Third Motion to Dismiss (Doc. No. 19) and Plaintiff's Response to the Third Motion to Dismiss (Doc. No. 20), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Defendants' Third Motion to Dismiss (Doc. No. 19) is **GRANTED**.

2. The Second Amended Complaint (Doc. No. 18) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.