TO
U.S. COURT OF APPEALS - THIRD CIRCUIT

U.S. DISTRICT COURT: _Eastern District of Pa._
(District/state)                          (Location)

U.S. TAX COURT [ ]
(Full Caption of District Court Case)

Circuit Court
Docket Number: _2:18-CV-02413-JHS_

District Court or
Tax Court
Docket Number: _____

vs.
_City of Phila. ET AL_

District Court or
Tax Court
Judge       : _____

Notice is hereby given that _James W. Moody_
(NAMED PARTY)

appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT

from [ ] JUDGMENT           [✓] ORDER

[✓] OTHER (specify): _The total disregard for due Process and the Rule of Law_

entered in this action on _7/10/2019_
(Date)

DATED: _7/29/2019_

_____          _Pro-Se_
Counsel for Appellant signed       Counsel for Appellee

_James W. Moody_                   _612 E. Vernon Rd_
Named of Counsel- Typed or printed  Address

_612 E. Vernon Rd._                _Phila. Pa  19119_
Address

_Phila. Pa. 19119_

_215-252-0295_                     _215-252-0295_
Telephone Number or US Govt FTS    Telephone Number or US Govt FTS

Note Use additional sheets if all appellants and/or all counsel for appellee cannot be listed on the Notice of Appeal Form

USCA APPEAL FORM (10/1/04)